PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS ESQUIBEL-RIVERA,<br><br>　　　　　Defendant. | CASE NO. 2:17-MJ-00022-KJN<br><br>[~~PROPOSED~~] ORDER SEALING MINUTE ORDERS AND FILINGS IN THE ABOVE-CAPTIONED CASE AS SET FORTH IN GOVERNMENT'S NOTICE |

　　　　Pursuant to Local Rule 141(b) and based upon the representations in the Government's Request to Seal, IT IS HEREBY ORDERED that all minute orders and filings in the above-captioned case, including the government's Request to Seal, shall be SEALED until further order of this Court.

　　　　It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing all minute orders and filings in the above-captioned case serves a compelling interest. The Court further finds that, in the absence of sealing, the compelling interests identified by the

/ / /

/ / /

/ / /

1 | government would be harmed. The Court further finds that there are no additional alternatives to sealing the
2 | docket and all filings in the above-captioned case that would adequately protect the compelling interests
3 | identified by the Government.
4 | Dated: February 14, 2017

*Allison Claire*

THE HONORABLE ALLISON CLAIRE
UNITED STATES DISTRICT JUDGE